lifted by the bankruptcy court or after the bankruptcy proceeding ends.

**O'Leary ANKTON, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7116.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2008.

O'Leary Ankton, Las Vegas, NV, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Euwan Y.A. GODFREY, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3320.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2008.

Robert Fred Stone, South Deerfield, MA, for Petitioner.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.